JODI LINKER, Bar No. 230273
Federal Public Defender
ANGELA CHUANG, Bar No. 313445
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Angela_chuang@fd.org

Counsel for Defendant AGUILERA-CABRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AGUILERA-CABRERA,<br><br>Defendant. | **Case No.:** CR 25-mj-70993-MAG<br><br>**ORDER TO MODIFY CONDITIONS OF RELEASE** |

Good cause appearing, IT IS HEREBY ORDERED that defendant Michael Aguilera-Cabrera's conditions of release shall be modified as follows:

1. The condition requiring that he reside at the halfway house is removed. Instead, he shall reside with his partner and surety at the address that has been approved by Pretrial Services. All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: August 21, 2025

_____
SALLIE KIM
United States Magistrate Judge

STIP & [PROPOSED] ORDER FOR MOD. OF COND.  1