JODI LINKER, Bar No. 230273
Federal Public Defender
ANGELA CHUANG, Bar No. 313445
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Angela_chuang@fd.org

Counsel for Defendant AGUILERA-CABRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL AGUILERA-CABRERA, <br><br> Defendant. | **Case No.:** CR 25–MJ–70993 <br><br> **STIPULATION AND [PROPOSED] ORDER FOR TRAVEL** |

On August 18, 2025, defendant Michael Aguilera-Cabrera was ordered released on an unsecured bond. One of his conditions of release is that he may not travel outside the Northern District of California. His brother and sister-in-law recently welcomed a new baby into the family, and Mr. Aguilera-Cabrera would like to travel to Vallejo in the Eastern District of California for a day trip to visit his niece. Pretrial Services has no objection to this request. The parties therefore stipulate that Mr. Aguilera-Cabrera should be allowed to leave the Northern District of California to travel to the Eastern District of California for a day trip on September 4, 2025. All other conditions of release shall remain the same.

//

//

STIP & [PROPOSED] ORDER FOR TRAVEL        1

SO STIPULATED.

Dated: September 1, 2025

/s/
ABRAHAM SIMMONS
Assistant U.S. Attorney

Dated: September 1, 2025

/s/
ANGELA CHUANG
Attorney for Michael Aguilera-Cabrera

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Michael Aguilera-Cabrera shall be allowed to leave the Northern District of California to take a day trip to the Eastern District of California on September 4, 2025. All other conditions of release shall remain the same.

IT IS SO ORDERED.

_____
Date

_____
SALLIE KIM
United States Magistrate Judge

STIP & [PROPOSED] ORDER FOR TRAVEL            2