1  JODI LINKER, Bar No. 230273
   Federal Public Defender
2  Northern District of California
   ANGELA CHUANG, Bar No. 313445
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:   (415) 436-7700
   Facsimile:    (415) 436-7706
6  Email:         Angela_chuang@fd.org

7

8  Counsel for Defendant Aguilera-Cabrera

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          **Case No.:** CR 25–MJ–70993

15              Plaintiff,             **STIPULATION AND [PROPOSED]
                                       ORDER TO CONTINUE**
16       v.

17  MICHAEL AGUILERA-CABRERA,

18              Defendant.

19

20

21       The above titled matter is currently scheduled for a status conference on October 15,

22  2025, at 10:30 AM. The government intends to produce additional discovery in the near future,

23  which undersigned defense counsel will then need time to review. The parties therefore

24  stipulate that the presently scheduled hearing shall be continued to November 20, 2025, at

25  10:30 AM for status.

26       The parties further stipulate that time should be excluded from computation under the

27  Speedy Trial Act until November 20, 2025 to allow for the effective preparation of counsel.

28  *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering

1  this continuance outweigh the best interest of the public and this defendant's right to a speedy

2  trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

3        The parties further stipulate that, with the consent of the defendant, there is good cause

4  for extending the time limits for a preliminary hearing under Federal Rule of Criminal

5  Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy

6  Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

7

8        IT IS SO STIPULATED.

9        October 9, 2025         CRAIG H. MISSAKIAN
      Dated              United States Attorney

10                     Northern District of California

11
                        /S
12                     ABRAHAM SIMMONS
                    Assistant United States Attorney

13

14

15       October 9, 2025         JODI LINKER
      Dated              Federal Public Defender

16                     Northern District of California

17                         /S
                    ANGELA CHUANG
18                     Assistant Federal Public Defender

19

20                 **[PROPOSED] ORDER**

21       For the reasons stated above, the Court CONTINUES this case to November 20, 2025

22 at 10:30 AM on the duty calendar for status.

23       The Court also finds that exclusion from the time limits applicable under 18 U.S.C. §

24 3161 of the period from October 15, 2025, through November 20, 2025, is warranted and that

25 the ends of justice served by the continuance outweigh the best interests of the public and the

26 defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). For the same reasons, the Court finds

27 good cause for extending the time limits for a preliminary hearing under Federal Rule of

28

1  Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the

2  Speedy Trial Act. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.

3  IT IS SO ORDERED.

4

5  DATED:                                                    _____

6                                                           LISA J. CISNEROS
                                                            United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28