JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar No. 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Angela_chuang@fd.org

Counsel for Defendant Aguilera-Cabrera

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 25–MJ–70993 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE** |
| v. | |
| MICHAEL AGUILERA-CABRERA, | |
| Defendant. | |

The above titled matter is currently scheduled for a status conference on October 15, 2025, at 10:30 AM. The government intends to produce additional discovery in the near future, which undersigned defense counsel will then need time to review. The parties therefore stipulate that the presently scheduled hearing shall be continued to November 20, 2025, at 10:30 AM for status.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until November 20, 2025 to allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering

this continuance outweigh the best interest of the public and this defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

| October 9, 2025<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>ABRAHAM SIMMONS<br>Assistant United States Attorney |
| October 9, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

**ORDER**

For the reasons stated above, the Court CONTINUES this case to November 20, 2025 at 10:30 AM on the duty calendar for status.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 15, 2025, through November 20, 2025, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). For the same reasons, the Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of

STIPULATED ORDER
*AGUILERA-CABRERA*, CR 25–MJ–70993

Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: October 10, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge