JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar No. 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Angela_chuang@fd.org

Counsel for Defendant Aguilera-Cabrera

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25–MJ–70993 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |
| v. | |
| MICHAEL AGUILERA-CABRERA, | |
| Defendant. | |

The above titled matter is currently scheduled for a status conference on November 20, 2025, at 10:30 AM. Undersigned defense counsel is scheduled to be in trial in San Jose and thus is no longer available on that date. Furthermore, the government intends to produce additional discovery in the near future, which the defense will then need time to review. The parties therefore stipulate that the presently scheduled hearing shall be continued to December 16, 2025, at 10:30 AM for status.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until December 16, 2025 to allow for the effective preparation of counsel and

1    continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of

2    justice served by ordering this continuance outweigh the best interest of the public and this

3    defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. §

4    3161(h)(7)(A).

5         The parties further stipulate that, with the consent of the defendant, there is good cause

6    for extending the time limits for a preliminary hearing under Federal Rule of Criminal

7    Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy

8    Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

9

10        IT IS SO STIPULATED.

11        November 5, 2025                    CRAIG H. MISSAKIAN
          Dated                              United States Attorney

12                                           Northern District of California

13                                           _____/S_____

14                                           ABRAHAM SIMMONS
                                             Assistant United States Attorney

15

16

17        November 5, 2025                    JODI LINKER
          Dated                              Federal Public Defender

18                                           Northern District of California

19                                           _____/S_____

20                                           ANGELA CHUANG
                                             Assistant Federal Public Defender

21

22                              **[PROPOSED] ORDER**

23        For the reasons stated above, the Court CONTINUES this case to December 16, 2025 at

24    10:30 AM on the duty calendar for status.

25        The Court also finds that exclusion from the time limits applicable under 18 U.S.C. §

26    3161 of the period from November 20, 2025, through December 16, 2025, is warranted and

27    that the ends of justice served by the continuance outweigh the best interests of the public and

28    the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). For the same reasons, the Court

finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.

IT IS SO ORDERED.


DATED: _____                    _____
                                          LAUREL BEELER
                                          United States Magistrate Judge