JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar No. 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      Angela_chuang@fd.org

Counsel for Defendant Aguilera-Cabrera

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25–MJ–70993 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |
| v. | |
| MICHAEL AGUILERA-CABRERA, | |
| Defendant. | |

  The above titled matter is currently scheduled for a status conference on November 20, 2025, at 10:30 AM. Undersigned defense counsel is scheduled to be in trial in San Jose and thus is no longer available on that date. Furthermore, the government intends to produce additional discovery in the near future, which the defense will then need time to review. The parties therefore stipulate that the presently scheduled hearing shall be continued to December 16, 2025, at 10:30 AM for status.

  The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until December 16, 2025 to allow for the effective preparation of counsel and

[PROPOSED] STIPULATED ORDER
*AGUILERA-CABRERA*, CR 25–MJ–70993

continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering this continuance outweigh the best interest of the public and this defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

| November 5, 2025 | CRAIG H. MISSAKIAN |
| Dated | United States Attorney |
| | Northern District of California |

/S
ABRAHAM SIMMONS
Assistant United States Attorney

| November 5, 2025 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
ANGELA CHUANG
Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court CONTINUES this case to December 16, 2025 at 10:30 AM on the duty calendar for status.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 20, 2025, through December 16, 2025, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). For the same reasons, the Court

finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: November 6, 2025

_____
LAUREL BEELER
United States Magistrate Judge